IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 NOV 18 PM 2: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LORIS HOWARD, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 99-N-2130-S |
| WARDEN RONALD HAWS, et al, | ) |
| Respondents. | ) |

ENTERED
NOV 18 2002

### MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this ___18th___ day of November, 2002.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

